```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  California Bar No. 149883
    Assistant United States Attorney
 5  Chief, Asset Forfeiture Section
       Federal Courthouse, 14th Floor
 6     312 North Spring Street
       Los Angeles, California 90012
 7     Telephone:  (213) 894-6166
       Facsimile:  (213) 894-7177
 8     E-mail: Steven.Welk@usdoj.gov

 9  Attorneys for Plaintiff
    United States of America
10
                        UNITED STATES DISTRICT COURT
11                     CENTRAL DISTRICT OF CALIFORNIA
                            WESTERN DIVISION
12

13  UNITED STATES OF AMERICA          )
                                      )
14       Plaintiff,                   )Case No. CV-11-5980-SJO (SSx)
                                      )
15       v.                           )
                                      )   DEFAULT JUDGMENT AND
16                                    )   DECREE OF CONDEMNATION,
    452 plastic crates, more or       )   FORFEITURE, AND
17  less, of various sizes of-        )   DESTRUCTION
    vacuum-packaged, ready-to-eat,    )
18  fried and cooked seafood, fish    )
    paste, and tempura, labeled in    )   DATE: April 2, 2012
19  part:                             )   TIME: 10:00 a.m.
                                      )   Before the Honorable
20  (package)                         )   S. James Otero, United
                                      )   States District Judge
21  "*** MEIKO *** COOKED CUTTLE      )
    FISH BALLS, (or "COOKED           )
22  FISH BALLS," or "COOKED MILK      )
    FISH BALLS," or "COOKED POLLOCK   )
23  FISH BALLS," or "COOKED SCALLOP   )
    BALLS," or "COOKED SEAFOOD        )
24  BALLS," or "COOKED SHRIMP         )
    BALLS," or "FRIED CUTTLE FISH     )
25  BALLS," or "FRIED FISH CAKE,"     )
    or "FRIED SCALLOP BALLS," or      )
26  "FRIED SHRIMP BALLS," or "FRIED   )
    SHRIMP CAKE," or "FRIED SQUID     )
27  NUGGETS," or "TEMPURA," or        )
    "FISH PATTY," or "FISH PASTE")    )
28  *** MADE IN U.S.A. *** MEIKO      )
    FOOD CO, INC., S. EL MONTE,       )
    CA ***,"                          )
```

|   |   |
|---|---|
| and | ) |
|   | ) |
| all other vacuum-packaged, | ) |
| ready-to-eat seafood products, | ) |
| that are similarly labeled or | ) |
| unlabeled, that has been | ) |
| processed and packed by Meiko | ) |
| Food, and are located anywhere | ) |
| on the premises of Meiko Food | ) |
| Company, Inc., 2526 Chico Ave., | ) |
| South El Monte, CA, | ) |
|   | ) |
| Defendants. | ) |

On July 20, 2011, a Verified Complaint for Forfeiture against the above-captioned articles ("Defendant Articles") was lodged in this Court, and filed on August 2, 2011.  The Verified Complaint for Forfeiture alleges that the Defendant Articles of food are adulterated while held for sale after shipment of one or more of their ingredients in interstate commerce within the meaning of the Act, 21 U.S.C. § 342(a)(4), in that they have been prepared, packed, and held under insanitary conditions whereby they may have been rendered injurious to health.  Thus, the Defendant Articles are subject to seizure, condemnation, and forfeiture to the United States under 21 U.S.C. § 334.

Pursuant to a Warrant for Arrest issued by this Court, the United States Marshal for this district seized the Defendant Articles on August 24, 2011.

It appearing that process was duly issued in this action and returned according to law; that public notice of the arrest and seizure of the Defendant Articles was given according to law; and that no person or entity has appeared to claim the Defendant Articles within the time specified by the Warrant for Arrest and

Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, it is on motion of the United States for a Default Judgment and Decree of Condemnation, Forfeiture, and Destruction, hereby:

**ORDERED, ADJUDGED, AND DECREED,** pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, that the default of all persons and entities having any right, title, or interest in the Defendant Articles under seizure, including Meiko Food Company, Inc., be and is hereby entered; and it is further

**ORDERED, ADJUDGED, AND DECREED,** that the Defendant Articles are adulterated while held for sale after shipment of one or more of their ingredients in interstate commerce within the meaning of the Act, 21 U.S.C. § 342(a)(4), in that they have been prepared, packed, and held under insanitary conditions whereby they may have been rendered injurious to health; and it is further

**ORDERED, ADJUDGED, AND DECREED**, pursuant to 21 U.S.C. § 334, that the United States Marshal for this district shall forthwith destroy the forfeited and condemned Defendant Articles and make due return to this Court.  Destruction shall be in a manner that complies with the National Environmental Policy Act of 1969 and in the presence of a representative from the United States Food and Drug Administration.

DATED: April 3, 2012  _____
THE HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | |
| 2 | PRESENTED BY: |
| 3 | ANDRÉ BIROTTE JR.<br>United States Attorney<br>ROBERT E. DUGDALE |
| 4 | Assistant United States Attorney<br>Chief, Criminal Division |
| 5 | |
| 6 | /S/ Steven R. Welk<br>STEVEN R. WELK |
| 7 | Assistant United States Attorney<br>Chief, Asset Forfeiture Section |
| 8 | |
| 9 | Attorneys for Plaintiff<br>United States of America |